FILED

04/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0171

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0171

_____

VOLKSWAGEN AKTIENGESELLSCHAFT D/B/A
VOLKSWAGEN GROUP AND/OR VOLKSWAGEN
AG, AUDI AG, VOLKSWAGEN GROUP OF
AMERICA, INC., VOLKSWAGEN GROUP OF
AMERICA CHATTANOOGA OPERATIONS, LLC,
AUDI OF AMERICA, LLC, DR. ING. H.C. F.
PORSCHE D/B/A PORSCHE AG, AND PORSCHE
CARS NORTH AMERICA, INC.,

      Petitioners,

   v.

MONTANA FIRST JUDICIAL DISTRICT COURT,
LEWIS AND CLARK COUNTY, HONORABLE
JAMES P. REYNOLDS, Presiding,

      Respondent.

O R D E R

_____

Pursuant to The Alliance for Automotive Innovation's motion for leave to file an amicus brief in the captioned matter, and good cause appearing,

IT IS HEREBY ORDERED that the motion for leave to file an amicus brief is GRANTED. The Alliance for Automotive Innovation shall file their brief on or before April 10, 2020.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 2 2020